*Filer's Name, Address, Phone, Fax, Email:*

Doi/Luke, Attorneys at Law
Kendal A. Luke
1600 Kapiolani Boulevard, Suite 1300
Honolulu, Hawaii 96814
Telephone: (808) 593-2199
Fax No.: 808-593-2980
e-mail: kluke@islandlawyers.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF HAWAII**
**1132 Bishop Street, Suite 250**
**Honolulu, Hawaii 96813**

B283 (4/13)

| | |
|---|---|
| *Debtor:* ERICKSON KEOLA VENDIOLA | *Case No.:* **11-00730** |
| *Joint Debtor:* *(if any)* | Chapter 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

Part I. *Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. § 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation. I have paid all such amounts that my chapter 13 plan required me to pay. I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

Part II. *If you checked the second box, you must provide the information below.*

My current address:

My current employer and my employer's address:

Part III. Certification Regarding Section 522(q) (check no more than one )

Pursuant to 11 U.S.C. § 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

☐ I have claimed an exemption pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $155,675* in value in the aggregate.

**Amounts are subject to adjustment on 04/01/16 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.*

Part IV. *Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Dated: 5/02/2014 /s/ Erickson Keola Vendiola

Signature Print name if original signature

**Note:** Each individual in a joint case must complete and sign this form.